IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00823-RPM

THEODORE OLDENBERG,

        Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     Plaintiff's Unopposed Motion for Order Modifying Scheduling Order to Allow an Additional Week to Serve Expert Rebuttal Disignations [18] is granted to and including February 13, 2009.

Dated: February 9, 2009