IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-00823-RPM

THEODORE OLDENBURG,

    Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

    Upon review of the defendant's Motion for Partial Summary Judgment Regarding "Bad Faith" Claims, filed February 10, 2009, and supporting papers, together with the plaintiff's response and the defendant's reply, the Court finds that the issue of bad faith cannot be determined on summary judgment standards in this case.  Accordingly, it is

    ORDERED that the motion for partial summary judgment for dismissal of the bad faith claim is denied.

    DATED: June 8, 2009

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge