IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-00823-RPM

THEODORE OLDENBURG,

    Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case is ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **July 31, 2009, at 10:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **July 23, 2009.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    DATED: June 8th, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge