IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-00823-RPM

THEODORE OLDENBURG,

    Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference conducted on July 31, 2009, it is

    ORDERED that this matter is set for trial to jury on **February 22, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    DATED: July 31st, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge