IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-00823-RPM

THEODORE OLDENBURG,

    Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.
_____

## ORDER GRANTING MOTION TO WITHDRAW
_____

Upon consideration of the Motion to Withdraw as Counsel for Plaintiff [38], filed by Bradley A. Scriven, and the Entry of Appearance and Request to Substitute as Plaintiff's Counsel [39], filed by Karen M. Zuylauf, it is

ORDERED that the motion to withdraw is granted. Bradley A. Scriven has no further responsibility as counsel for the plaintiff in this case and the Clerk is directed to terminate his electronic service in this matter. Karen M. Zulauf is counsel of record for the plaintiff in this action.

DATED: August 13th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge