IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00823 RPM-MEH

THEODORE OLDENBURG,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

**Pursuant to the Stipulation for Dismissal with Prejudice filed on November 13, 2009, it is**

**ORDERED that this case is dismissed with prejudice, each party to pay their own costs and attorneys' fees.**

**SO ORDERED this 17th day of November, 2009.**

                                        **BY THE COURT:**

                                        s/Richard P. Matsch

                                        _____

                                        **Richard P. Matsch, Senior District Judge**